# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN LLOYD STENSRUD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:16-cv-05456 |
| | ) |
| | ) Honorable Judge Amy J. St. Eve |
| NIC, INC. d/b/a NEMO'S | ) |
| INVESTIGATIONS AND COLLECTIONS, | ) Magistrate Judge Mary Rowland |
| | ) |
| Defendant, | ) |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, JOHN LLOYD STENSRUD ("Plaintiff"), by and through his attorneys, Consumer Law Partners, LLC and in support of Plaintiff's voluntary dismissal, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41, hereby voluntarily dismisses his claims against the Defendant with prejudice. Each party shall bear its own costs and fees.

Dated: June 17, 2016                    Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C Volheim
Counsel for Plaintiff
Consumer Law Partners, LLC
435 North Michigan Avenue, Suite 1609
Chicago, Illinois 60611
Phone (267) 422-1000
Fax: (267)422-2000